IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAINT PAUL'S COLLEGE,      ) | |
| ) | |
| Plaintiff,      ) | CIVIL ACTION |
| ) | |
| v.      ) | |
| ) | FILE NO. 1:12-cv-3000-CAP |
| THE SOUTHERN ASSOCIATION      ) | |
| OF COLLEGES AND SCHOOLS      ) | |
| COMMISSION ON COLLEGES, INC.,) | |
| ) | |
| Defendant.      ) | |

## AMENDED JOINT STATUS REPORT

COME NOW Plaintiff Saint Paul's College ("Saint Paul's") and Defendant The Southern Association of Colleges and Schools Commission on Colleges, Inc. ("SACSCOC"), by and through their counsel of record, and hereby file this Amended Joint Status Report pursuant to this Court's Order of October 4, 2012 [Doc. No. 13], which corrects language contained in the Joint Status Report filed by the parties on March 27, 2013 [Doc. No. 14] relating to the options of the SACSCOC Board of Trustees at its June 2013 meeting.

Since the Court's Order granting the parties' consent motion to stay, Saint Paul's has been in merger discussions with Saint Augustine's University ("Saint Augustine's"), located in North Carolina.  On March 22, 2013, the Board of

Trustees of Saint Augustine's voted to approve the merger with Saint Paul's and to authorize the issuance of a Prospectus. In accordance with SACSCOC's Policies and Procedures for Substantive Change for Accredited Institutions of the Commission on Colleges ("the Procedures"), the Prospectus will be filed by Saint Augustine's with SACSCOC on or before April 15, 2013.

The Procedures call for the Prospectus to be presented for consideration at the SACSCOC Board of Trustees meeting in June 2013. The SACSCOC Board of Trustees' options at such meeting are: (1) to vote to approve the merger/consolidation and authorize the appointment of a Substantive Change Committee to visit the institution, (2) to deny approval of the merger/consolidation, or (3) to defer action to the next Board meeting, pending submission of additional information to approve the Prospectus. In the event that the SACSCOC Board of Trustees elects option (1) or (3), above, the parties will request that the stay of proceedings be continued to permit the merger process to proceed. In the event that the SACSCOC Board of Trustees votes to deny approval of the merger/consolidation, the parties will request that the stay be dissolved and the case returned to active status.

Accordingly, the parties jointly request that the stay of this case [Doc. No. 13] and the consent preliminary injunction [Doc. No. 2] be continued and that the

parties be directed to file another status report no later than July 1, 2013 to inform the Court as to the status of the merger discussions referenced above and whether the case needs to return to active status.

Respectfully submitted, this 28th day of March, 2013.

| | |
|---|---|
| */s/ Mark H. Cohen* | */s/ Patrick W. McKee* |
| | (with express permission by Mark H. Cohen) |
| Mark H. Cohen | Patrick W. McKee |
| Georgia Bar No. 174567 | Georgia Bar No. 494325 |
| Troutman Sanders LLP | McKee & Mitchell LLC |
| 5200 Bank of America Plaza | 19 Spring Street |
| 600 Peachtree Street, N.E. | Newnan, Georgia  30263 |
| Atlanta, Georgia 30308 | Telephone:  (770) 683-8900 |
| Telephone:  (404) 885-3597 | Facsimile:  (770) 683-8905 |
| Facsimile: (404) 962-6753 | Email:  pwmckee@mckeelaw.com |
| Email:  mark.cohen@troutmansanders.com | |
| | |
| Counsel for Plaintiff | Counsel for Defendant |
| Saint Paul's College | The Southern Association of Colleges and Schools Commission on Colleges, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing AMENDED JOINT STATUS REPORT was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 28th day of March, 2013.

/s/ *Mark H. Cohen*
Mark H. Cohen
Georgia Bar No. 174567